Case 2:22-cv-11251-MFL-CI    ECF No. 2, PageID.34    Filed 06/08/22    Page 2 of 10

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 22-11251
Hon. Matthew F. Leitman

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*    Oxford Community School District

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Atty. Timothy Mullins    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Oxford

Community School District    on *(date)*  6.17.22  ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify)*:

My fees are $            for travel and $            for services, for a total of $            .

I declare under penalty of perjury that this information is true.

Date:  6.17.22

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: