UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLIE OSSEGE,

                   Plaintiff,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

                   Defendants.

No. 22-cv-11251

Hon. Mark A. Goldsmith

## COMMON ORDER REGARDING MOTIONS ON QUALIFIED IMMUNITY

Having reviewed the parties' memoranda on the timing of qualified immunity motions filed in Franz et al. v. Oxford Community School District, et al., Case No. 21-cv-12871 (Dkts. 80, 81, 86, 87), and having discussed the deferral of motions regarding qualified immunity with counsel for the parties in all cases before this Court that relate to the November 30, 2021 shooting at Oxford High School (hereafter "Oxford Cases")[1] during the September 22, 2022 status conference, the Court defers the filing of any motions addressing qualified immunity until further order of the Court.

      SO ORDERED.

Dated: October 5, 2022                          s/Mark A. Goldsmith
       Detroit, Michigan                     MARK A. GOLDSMITH
                                               United States District Judge

---

[1] The Oxford Cases consist of: Case No. 21-cv-12871, Franz et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10407, Asciutto et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11113, Myre et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10805, St. Juliana et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11250, Beausoleil v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11251, Ossege v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11360, GLJ et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11448, Mueller et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11959, Watson et al. v. Oxford Community School District, et al.; and Case No. 22-cv-11398, Cunningham et al. v. Oxford Community School District et al.